# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ZHI-YANG ZHOU,

                Plaintiff(s),

        v.

LANMART, INC., ET AL.,

                Defendant(s).

CASE NO. C 08-04484 JF

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓       the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 1/28/09

                              Attorney for Plaintiff

Dated: Jan. 28, 2009

                              Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- ✓ Mediation
- Private ADR

Deadline for ADR session
- ✓ 90 days from the date of this order.
- other

IT IS SO ORDERED.

Dated: 1/30/09

UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE
**Zhi-Yang Zhou v. Lanmart, Inc. dba Uncle Yus Szechuan, et al.**
United States District Court, Northern District (San Jose)
Case No.: C-08-04484 JF

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105-2725. On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

on the part(y)(ies) identified below, through their attorneys of record, by placing (a) true cop(y)(ies) thereof in a sealed envelope addressed as shown below <u>or by the following alternative means of service</u>:

<u>XXX</u>   **By Electronic E-Mail** - I caused the abovementioned document to be electronically served to the office(s) of the addressee(s) and electronically filed with the Court Clerk's Office.

☐   : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection and delivery to the office of the addressee listed below following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

<u>Attorney for Plaintiff Zhi-Yang Zhou</u>

Adam Wang
Law Offices of Adam Wang
12 S First Street, Suite 613
San Jose, CA 95113

Tel. (408) 292-1040
Fax (408) 416-0268
E-mail:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. EXECUTED on January 29, 2009 at San Francisco, California.

*/s/ Sonia Y. Rossiter*
SONIA Y. ROSSITER

---

1
PROOF OF SERVICE

416581.1