\*\*E-Filed 6/1/09\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ZHI-YANG ZHOU,<br><br>        Plaintiff,<br><br>    v.<br><br>LANMART, INC., et al.,<br><br>        Defendants. | Case Number C 08-4484 JF (PVT)<br><br>ORDER OF DISMISSAL |

    The parties have advised the Court that they have agreed to a settlement of this case.

    IT IS HEREBY ORDERED that the case be dismissed with prejudice.  However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

Dated: June 1, 2009

_____
JEREMY FOGEL
United States District Judge

1 | Copies of Order served on:

2 | Adam Wang     adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

3

4 | Christina Renee Van Wert     christina.vanwert@wilsonelser.com

5 | Martin W. Johnson     martin.johnson@wilsonelser.com

Case No. C 08-4484 JF (PVT)
ORDER OF DISMISSAL
(JFLC2)