Case5:08-cv-04484-JF   Document 29   Filed 06/18/09   Page 1 of 2

ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248
adamqwang@gmail.com

Attorney for Plaintiffs

MARTIN W. JOHNSON (SBN 61635)
CHRISTINA R. VAN WERT (SBN 242741)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 11th Floor
San Francisco, California 94105-2725

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| ZHI-YANG ZHOU, | Case No.: C08-4484 JF |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS WITH PREJUDICE & [PROPOSED] ORDER THEREON |
| vs. | |
| LANMART, INC., dba UNCLE YUS SZECHUAN, ANDY TSANG, and DOES 1-10, | |
| Defendants | |

Plaintiffs and Defendants, through their respective counsel, hereby stipulate as follows:

1. Parties have reached a settlement with respect to all claims of the Plaintiff against all Defendants in this case.

2. As such, parties hereby stipulate to dismiss this action in its entirety with prejudice.

3. The Parties stipulate that this Court should retain its jurisdiction over this case for the purpose of enforcing the settlement agreement.

1                    C08-04484 JF

STIPULATION TO DISMISS
Zhou, et al. v. Lanmart Inc., et al.

|   |   |   |
|---|---|---|
|   | RESPECTFULLY SUBMITTED, |   |
| Dated: June 1, 2009 | By: | /s/ ADAM WANG |
|   |   | ADAM WANG |
|   |   | Attorney for Plaintiffs |

Dated: June 1, 2009

By: _/s/ Martin Johnson_
Martin Johnson
Attorney for Defendants

---

### [PROPOSED] ORDER

Pursuant to party's stipulation, IT IS SO ORDERED.

Dated: ~~May~~ June 12, 2009

_____
Hon. Jeremy Fogel
United States District Court Judge